1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY CAMPBELL,

11            Plaintiff,                    No. CIV S-05-2479 MCE GGH P

12       vs.

13   S. DAKIN, et al.,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16            On January 5, 2006, the court denied plaintiff's application to proceed in forma

17   pauperis and ordered him to submit within twenty days the $250 filing fee.  The court warned

18   plaintiff that his failure to comply with the order would result in a recommendation of dismissal

19   of this action.  Twenty days passed and plaintiff did not submit the filing fee.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

21   plaintiff's failure to pay the filing fee.

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:   9/7/06                                    /s/ Gregory G. Hollows

4                                                       GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE
5

6   ggh:kj
    camp2479.56

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26