1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TONY CAMPBELL,                              No. 2:05-cv-2479-MCE-GGH-P

12                Plaintiff,

13        v.                                    ORDER

14  S. DAKIN, et al.,

15                Defendants.

16  _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On September 8, 2006, the magistrate judge filed findings and recommendations herein

21  which were served on plaintiff and which contained notice to plaintiff that any objections to the

22  findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

23  to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

25  this court has conducted a de novo review of this case.

26  ///

                                           1

1  Having carefully reviewed the entire file, the court finds the findings and recommendations to be

2  supported by the record and by proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4      1.  The findings and recommendations filed September 8, 2006, are adopted in full; and

5      2.  This action is dismissed for plaintiff's failure to pay the filing fee.

6  DATED:  September 21, 2006

                                    _____

                                    MORRISON C. ENGLAND, JR.

                                    UNITED STATES DISTRICT JUDGE